LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED
MAR 31 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT C. TURNER, JR.,<br><br>    Defendant. | No. 2:09-CR-0145 LKK<br><br>VIOLATIONS: 18 U.S.C. §§ 1341 and 1346 - Honest Services Mail Fraud (Counts One and Two) |

### I N F O R M A T I O N

<u>COUNTS ONE AND TWO</u>:  [18 U.S.C. §§ 1341 and 1346 - Honest Services Mail Fraud]

The United States Attorney charges:

ROBERT C. TURNER JR.,

defendant herein, as follows:

#### I. BACKGROUND

1. At all relevant times alleged in this Information, SK Foods, L.P. was a limited partnership with principal places of business in Monterey, California, and in Williams and Lemoore, California, in the Eastern District of California. SK Foods, L.P. and its related corporate entities ("SK Foods") is a grower

1

1 and processor of tomato products and other food products, for
2 sale to food product manufacturers, food service distributors and
3 marketers, and retail outlets.

4     2. At all relevant times alleged in this Information, B&G
5 Foods, Inc. ("B&G") was a multinational manufacturer, seller and
6 distributor of various food products with a principal place of
7 business in Parsippany, New Jersey. B&G is a regular customer of
8 SK Foods with respect to processed tomato products and other food
9 products.

10     3. At all relevant times alleged in this Information,
11 defendant ROBERT C. TURNER, JR. ("TURNER") resided in the
12 District of New Jersey and served as a corporate purchasing
13 manager for B&G, working out of the company's Parsippany, New
14 Jersey headquarters. Between 2007 and April 2008, TURNER was
15 Director of Purchasing for B&G.

16     4. At all relevant times alleged in this Information,
17 Intramark USA, Inc. ("Intramark") was a New Jersey based company
18 holding itself out as a wholesaler of food ingredients, including
19 tomato products, and an importer of juice concentrates.

20     5. At all relevant times alleged in this Information
21 Randall Lee Rahal ("Rahal") served as the President of Intramark,
22 and as a supervisor and Director of SK Foods. Through Intramark,
23 Rahal also served as a sales broker for SK Foods. In that
24 capacity, Rahal oversaw, among other things, the negotiation of
25 contracts between SK Foods and many of its customers, including
26 B&G.

## II. THE DUTY OF HONEST SERVICES

28     6. As a corporate purchasing manager and Director of

Case 2:09-cr-00145-LKK   Document 1   Filed 03/31/09   Page 3 of 6

1  Purchasing for B&G, defendant ROBERT C. TURNER, JR. was placed in
2  a position of trust and owed a duty of honest services to his
3  employer, B&G. This duty of honest services, as set forth in the
4  B&G Code of Business Conduct and Ethics, included an obligation
5  on the part of TURNER to conduct his duties as purchasing manager
6  in an honest, faithful and disinterested manner, free from self
7  dealing. TURNER also owed a duty under New Jersey law not to
8  commit commercial bribery in violation of N.J. STAT. ANN. § 2C:21-
9  10.

### III. THE SCHEME TO DEFRAUD

7. Beginning no later than September 2004, and continuing until April 2008, in the District of New Jersey and elsewhere, defendant ROBERT C. TURNER, JR. and others did knowingly devise and intend to devise a scheme and artifice to defraud B&G Foods, Inc. of its intangible right to TURNER's honest services in a material matter, and to obtain property by means of materially false and fraudulent pretenses, representations and promises, and to conceal said scheme.

### IV. MANNER AND MEANS

The manner and means by which the honest services mail fraud scheme was accomplished were as follows:

8. In his capacity as a corporate purchasing manager and Director of Purchasing for B&G, defendant TURNER was vested with authority to negotiate and enter into contracts, with the approval of his employer, for the purchase of processed tomato products and other food products from various processors, such as SK Foods. In the normal course, B&G and TURNER received bids for the sale of processed tomato products and other food products

3

from processors to B&G by way of what was intended to be a competitive bidding process.

9. As part of a scheme to defraud B&G of its right to defendant TURNER's honest services, between September 2004 and April 2008, defendant TURNER accepted personal bribe payments from Rahal and SK Foods. In return for the personal bribe payments, TURNER agreed to, and did, act in direct contravention of his duty to provide his employer with honest services by ensuring that B&G purchased processed tomato products and other food products from SK Foods rather than from certain of SK Foods' competitors. In addition, in return for the bribe payments, TURNER secured contracts between B&G and SK Foods for the sale of certain food products at elevated prices.

10. Between September 2004 and April 2008, TURNER received approximately $14,698 in personal bribe payments from Rahal and SK Foods in this manner. As a result of these bribe payments, between September 2004 and April 2008 TURNER secured contracts between SK Foods and B&G for the sale of certain food products at elevated prices, causing a loss to B&G.

## V. THE MAILINGS

11. On or about the dates set forth below, in the District of New Jersey, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendant ROBERT C. TURNER, JR. did knowingly cause to be delivered by mail, and did knowingly take and receive from an authorized depository for mail matter sent or delivered by the United States Postal Service, the items listed below:

4

| COUNT | DATE | SENDER | ITEM INCLUDED |
|---|---|---|---|
| ONE | 12/12/2007 | R. Rahal | Check in the amount of $9,689.80 from Intramark's Sun National Bank account number XXXXXX5624, payable to Robert Turner's wife in Randolph, New Jersey |
| TWO | 7/11/2007 | R. Rahal | Check in the amount of $2,000 from Intramark's Sun National Bank account number XXXXXX5624, payable to Robert Turner's wife, in Randolph, New Jersey |

All in violation of Title 18, United States Code, Sections 1341 and 1346.

LAWRENCE G. BROWN
Acting United States Attorney

DATE: March 24, 2009          By:   /s/ Sean C. Fly

BENJAMIN B. WAGNER
SEAN C. FLYNN
Assistant U.S. Attorneys

## PENALTY SLIP

**ROBERT C. TURNER, JR.,**

**COUNTS 1 and 2**
COUNT ONE:     18 U.S.C. §§ 1341 and 1346 - Honest Services Mail Fraud
PENALTY:        Not more than 20 years,
                    Not more than $250,000 and
                    Term of 3 years TSR

PENALTY
ASSESSMENT:    $100.00 special assessment (each count)